TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-00008-RFB-MDC |
| Plaintiff, | |
| v. | **Stipulation and Order to Continue to Continue Revocation Hearing** |
| ERIC CARLISLE, | |
| Defendants. | **(Second Request)** |

It is hereby stipulated and agreed, by and between Steven J. Rose, Assistant United States Attorney, RENE L. VALLADARES, Federal Public Defender, and LaRONDA MARTIN, Assistant Federal Public Defender, counsel for defendant Eric Carlisle, that the revocation hearing currently scheduled for December 17, 2025, be vacated and continued to a date and time convenient to the Court, with the request of a date in February, 2026. In support of this request, the parties state the following:

    1.    On November 1, 2025, Mr. Carlisle was arrested by the Las Vegas

Metropolitan Police Department for misdemeanor Driving Under the Influence of Alcohol a in violation of NRS § 484C.110 and misdemeanor False Statement to or Obstruct Public Officer in violation of NRS § 197.190.

2. Defense counsel needs time to investigate the new charges and evidence stated in the Petition. Moreover, counsel needs additional time to review the petition, new discovery, and a possible recommendation with Mr. Carlisle.

3. A status check on filing of criminal complaint is scheduled for January 7, 2026. The resolution of this case may affect the parties' negotiations in this matter.

4. If an agreement is not reached by the parties, time will be needed to develop mitigation in support of the final supervised release revocation hearing.

5. The parties previously submitted a stipulation to continue the revocation hearing, and this Court set the revocation hearing for January 23, 2026. ECF Nos. 64, 65.

6. Due to the Court's calendar, the revocation hearing was then advanced to December 17, 2025. ECF Nos. 66, 67.

7. The parties have conferred regarding dates that will work for the government and defense counsel, and the parties are available on February 10, 11, 16, and 17.

8. The defendant is in custody and agrees with the need for the continuance.

9. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

Respectfully submitted this 4th day of December 2025.

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Steven J. Rose
STEVEN J. ROSE
Assistant United States Attorney

/s/ LaRonda Martin
LARONDA MARTIN, Esq.
Counsel for Defendant,
ERIC CARLISLE

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC CARLISLE,<br><br>　　　　Defendants. | 2:24-cr-00008-RFB-MDC<br><br>**Order Approving Stipulation to Continue Revocation Hearing** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 17, 2025, at 10:45 a.m., be vacated and continued to the 10th day of February, 2026, at 2:00 p.m.

　　DATED: this 9 day of December 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4